IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE ELIZABETH MASON, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No.  13-5163 |
| THE CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this   28th   day of August, 2014, upon consideration of Defendants, Kenneth L. Baritz, Esq., and the Law Firm of Kenneth L. Baritz Associates', Motion to Dismiss the Complaint of Florence Elizabeth Mason ("Plaintiff"), in her own right and on behalf of, Vincent T. Mason, Jr., and Crystal Mason (Doc. No. 25), and Plaintiff's Response, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's minor children, Vincent T. Mason, Jr. and Crystal Mason, are **DISMISSED** as Plaintiffs in this action.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE