IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE ELIZABETH MASON, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 13-5163 |
| THE CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this   2nd   day of August, 2014, upon consideration of Defendants, "Robert H. Messerman, Esq. Law Firm and its Employee and Earl Smith's", Motion to Dismiss the Complaint of Florence Elizabeth Mason ("Plaintiff"), in her own right and on behalf of, Vincent T. Mason, Jr., and Crystal Mason (Doc. No. 26), and Plaintiff's Response, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE