IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE ELIZABETH MASON, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 13-5163 |
| THE CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 4th day of September, 2014, upon consideration of Defendants, Bart E. Levy, Esq., and Levy Law LLC's, Motion to Dismiss the Complaint of Florence Elizabeth Mason ("Plaintiff"), in her own right and on behalf of, Vincent T. Mason, Jr., and Crystal Mason (Doc. No. 35), and Plaintiff's Response, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE