IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE ELIZABETH MASON, et al., | CIVIL ACTION |
| Plaintiffs, | |
| v. | No.  13-5163 |
| THE CITY OF PHILADELPHIA, et al., | |
| Defendants. | |

**O R D E R**

**AND NOW**, this   10th   day of September, 2014, upon consideration of Defendants, Third Corsa, Inc., Elaine Luckin, and Lenny Luckin's, pro se Motion to Dismiss the Complaint of Florence Elizabeth Mason, in her own right and on behalf of, Vincent T. Mason, Jr., and Crystal Mason (Doc. No. 49), it is hereby **ORDERED** that said Motion is **GRANTED**.[1]

It is **FURTHER ORDERED** that Defendants, the Philadelphia Animal Control Unit, and its Officers John and Jane Doe are **DISMISSED** as Plaintiffs in this action.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] As noted in the accompanying Memorandum Opinion, Defendant, Elaine Luckin, as a pro se litigant, cannot represent Defendant, Lenny Luckin, in this action.  See Osei-Afriyie ex rel. Osei-Afriyie v. Med. Coll. of Pa., 937 F.2d 876, 882-83 (3d Cir. 1991).  We, however, dismiss *sua sponte* all claims against Defendant, Lenny Luckin pursuant to 28 U.S.C. § 1915(e)(2) for Plaintiff's failure to state a claim against him for which relief may be granted.  See 28 U.S.C. § 1915(e)(2).