IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE ELIZABETH MASON, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.  13-5163 |
| | : | |
| THE CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**O R D E R**

**AND NOW**, this  29th  day of September, 2014, upon consideration of Plaintiff, Florence

Elizabeth Mason's ("Plaintiff"), "Motion to Disqualify Judge" (Doc. No. 65), it is hereby

**ORDERED** that said Motion is **DENIED**.

It is further **ORDERED** that Plaintiff's "Motion for Leave to File Demand for

Reconsideration" (Doc. No. 68) is **GRANTED**.


BY THE COURT:



/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE