IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE ELIZABETH MASON, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 13-5163 |
| THE CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 17th day of February, 2015, upon consideration of Defendant, Svetlana Shilomovich's ("Shilomovich"), pro se Motion to Dismiss the Complaint of Florence Elizabeth Mason ("Plaintiff") (Doc. No. 109), and Plaintiff's pro se Response, it is hereby **ORDERED** that said Motion is **GRANTED**. All causes of action are **DISMISSED** against Shilomovich.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE